IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LARRY JAMES WILLIAMS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 4:13-CV-708-C |
| | ) |
| RODNEY W. CHANDLER, Warden, | ) |
| FCI-Fort Worth, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of Petitioner, Larry James Williams, Jr., along with the January 3, 2014 findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until January 24 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed without prejudice for lack of jurisdiction.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Larry James Williams, Jr.'s petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SO ORDERED.

Dated January 31, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

2